# United States Bankruptcy Court for the Western District of Louisiana
# Shreveport Division

Debtor(s): Herman Ray Anderson

Case No.: 15-11578

Date: 09/03/2015

Check if this is an amended plan ☐

## CHAPTER 13 PLAN SUMMARY

*Pursuant to Fed. Bank. Rule 3015(d) a summary of the plan shall be included with each notice of the hearing on confirmation. Your rights may be affected by the Chapter 13 Plan proposed by the debtor(s). You should obtain a copy of the Chapter 13 Plan and you should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation The Bankruptcy Court may confirm the Chapter 13 plan without further notice if no objection to confirmation is filed. In addition, you must file a proof of claim --or one must be filed on your behalf --in order for you to be paid under any plan that may be confirmed. The Chapter 13 Plan Summary is only a summary of the actual plan, which may be viewed and printed by logging into PACER at www.lawb.uscourts.gov.*

### Disposable Income and Plan Payments

| | | |
|---|---|---|
| Projected Schedule "I" Income | $ | 4,013.54 |
| Projected Schedule "J" Income | $ | 2,133.54 |
| Projected Disposable Income | | |

Plan Payments:

| | | | | | |
|---|---|---|---|---|---|
| Month #1 | to Month #1 | Payment $ | 867.76 | Total $ | 867.76 |
| Month #2 | to Month #57 | Payment $ | 1,880.00 | Total $ | 105,280.00 |
| Additional Payments to Trustee (*describe below*) | | | | Total $ | |

| | | |
|---|---|---|
| Grand Total of All Plan Payments | $ | 106,147.76 |
| Less Posted Chapter 13 Trustee Fee | $ | 7,430.34 |
| Net Available | $ | 98,717.42 |

Revision 07/22/2015  Chapter 13 Plan Summary  Page 1
15-11578 - #15  File 09/23/15  Enter 09/23/15 16:38:27  Main Document  Pg 1 of 2

## Projected Trustee Disbursements to Priority and Secured Creditors: Payments

| Name of Holder | Type of Claim | Collateral or None | Interest Rate | Minimum Monthly Payment (may be zero) | Total Payments |
|---|---|---|---|---|---|
| Bayview Financial Loan | Secured | House and land located at 5531 Cross Timbers Drive, Shreveport, LA 71129 | 0.00% | $660.00 | $39,720.00 |
| Conn's | Secured | Bedroom Set, Washer and Dryer, Computer | 5.25% | $25.00 | $2,264.08 |
| Louisiana Department of Revenue | Priority | Taxes | 0.00% | $0.00 | $506.00 |
| Tower Loan | Secured | Misc HHG's | 5.25% | $20.83 | $1,132.04 |
| IRS | Priority | Taxes | 0.00% | $0.00 | $6,607.00 |
| GM Financial | Secured | 2011 Chevy Avalanche (Est. 95,000 miles) | 5.25% | $262.34 | $28,529.65 |
| GM Financial | Secured | 2010 Kia Soul (est. 85,000 miles) | 5.25% | $90.16 | $15,618.74 |

### SUMMARY OF PAYMENTS

| | |
|---|---|
| Net Available to Creditors | $ 98,717.42 |
| Less Estimated Attorney Fees | $ 3,200.00 |
| Less Total Priority Creditors | $ 7,113.00 |
| Less Total Secured Creditors | $ 87,264.51 |
| Net Available for Unsecured Creditors | $ 1,139.91 |
| Estimated General Unsecured Claims | $ 1,152.00 |
| Forecast % Dividend on General Unsecured Claims | 0.00% |

### BEST INTEREST TEST

| | |
|---|---|
| Value of total non-exempt property | $ 4,662.50 |
| Total distributions to all priority and general unsecured creditors | $ 7,113.00 |